UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ELYSABETH C. VON STRAHL BERGERON, | ) ) ) | CASE NO. C07-0996-MAT |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO SHOW CAUSE FOR FAILURE TO FILE ANSWER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiff filed her certificate of service in this case on July 5, 2007 (Dkt. 3), and counsel for defendant shortly thereafter filed their notices of appearance (Dkts. 4 and 5). An answer was due from defendant on or around September 6, 2007. To date, neither an answer nor a request for extension of time has been filed by defendant.

It is therefore ORDERED that defendant show cause, within fourteen (14) days of the date of this order, why the Court should not issue a report and recommendation granting the relief sought by plaintiff and recommending the dismissal of this case. In the alternative, defendant may file a motion for extension of time which provides the court with an estimated time frame for when

ORDER TO SHOW CAUSE FOR
FAILURE TO FILE ANSWER
PAGE -1

01  an answer will be filed.

02  The Clerk shall direct copies of this Order to counsel for plaintiff and defendant.

03  DATED this 24th day of September, 2007.

          Mary Alice Theiler
          United States Magistrate Judge

ORDER TO SHOW CAUSE FOR
FAILURE TO FILE ANSWER
PAGE -2